UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET HUYNH,<br><br>    Plaintiff,<br><br>v.<br><br>S.A.R & ASSOCIATES, LLC; and<br>MARION MCILWIAN;<br>and DOE 1-4,<br>    Defendants. | ) Case No. 8:22-cv-01210-CJC-ADS<br>)<br>)<br>)<br>) STIPULATED JUDGMENT AND<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Plaintiff, Viet Huynh, filed his First Amended Complaint on November 22, 2023. (Doc. 14). Defendant, Marion McIlwain, filed his Answer on December 16, 2023. (Doc. 22). Defendants S.A.R & Associates and DOE 1-4 were dismissed on February 27, 2023. (Doc. 28). The parties have agreed to settlement of this action without adjudication of any issue of fact or law.

    THEREFORE, on the stipulation of Huynh and McIlwain, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

### FINDINGS

    1.    This Court has jurisdiction over the subject matter and the parties pursuant to 15 U.S.C. § 1692k and 28 U.S.C. §§ 1331, 1337, and 1367.

    2.    Venue in this matter is proper in the Central District of California where Plaintiff resides and suffered the alleged harm.

3. The Complaint states a claim against McIlwain pursuant to 15 U.S.C. 1692d(6), 15 U.S.C. 1692e(11), 15 U.S.C. 1692g(a), 15 U.S.C. 1692e(10), and Cal. Civ. Code § 1788.11(b).

4. McIlwain has entered into this Stipulated Judgment and Order ("Order") freely and without coercion. McIlwain further acknowledges that he has read the provisions of this Order and is prepared to abide by them.

5. McIlwain hereby waives all rights to appeal or otherwise challenge or contest the validity of this Order.

6. Entry of this Order is supported by the public interests in judicial economy and resolution by settlement.

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that judgment in the amount of Ten Thousand Two Hundred and Sixty Six Dollars ($10,266.00) is hereby entered against Marion McIlwain for statutory damages and attorneys' fees pursuant to 15 U.S.C. 1692k and Cal. Civ. Code 1788.30.

Marion McIlwain shall remit the $10,266.00 to Plaintiff's counsel, Centennial Law Offices, in installments according to the following provision:

A. Marion McIlwain shall remit payment an initial payment of $400.00 within forty-five (45) days of entry of this Order. McIlwain shall thereafter submit payments of $400.00 each month until the judgment amount of $10,266.00 is paid.

B. In the event of default on the payment required to be made by the preceding paragraph, Plaintiff shall notify McIlwain of default and provide him with ten days' notice to cure any default.

C. In the event that the default is not cured in the timeframe stated above, Plaintiff shall then be immediately authorized to pursue any lawful means of collection of that sum, with or without further authorization from the Court, and be entitled to recover his attorney's fees reasonably incurred on a noticed motion. Nothing in this paragraph shall prevent the lodging or recording of this judgment.

## II. FEES AND COSTS

IT IS FURTHER ORDERED that each party to this Order hereby agrees to bear their own costs and attorneys' fees incurred to date in connection with this action.

## III. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purpose of enabling the parties to apply to the Court at any time for such further orders and directives as may be necessary or appropriate for the interpretation or modification of this Order, or for the enforcement of compliance therewith.

## IV. COMPLETE SETTLEMENT

The parties, after conferring with their respective counsel, hereby consent to entry of the foregoing Order which shall constitute a final judgment and order in this action. The parties further stipulate and agree that the entry of the foregoing Order shall constitute a full, complete and final settlement of this action.

DONE on this 22nd day of March 2023

HON. CORMAC J. CARNEY
United States District Judge

**CC: FISCAL**